1   Gary M. Messing, Bar No. 075363
    James W. Henderson, Jr., Bar No. 071170
2   **CARROLL, BURDICK & McDONOUGH LLP**
    Attorneys at Law
3   980 9th Street, Suite 380
    Sacramento, California 95814
4   Telephone:     916.446.5297
    Facsimile:     916.448.5047
5
    Attorneys for Plaintiff OSCAR CARTER II
6

7

8                  UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  OSCAR CARTER II,                     Case No. 1:13-CV-00774-BAM and the
                                         following action numbers:
12              Plaintiff,
                                         1:13-CV-00775-BAM
13         v.                            1:13-CV-00778-BAM
                                         1:13-CV-00783-BAM
14  COUNTY OF FRESNO,                    1:13-CV-00784-BAM
                                         1:13-CV-00790-BAM
15              Defendant.               1:13-CV-00795-BAM
                                         1:13-CV-00797-BAM
16                                       1:13-CV-00829-BAM
                                         1:13-CV-00902-BAM
17                                       1:13-CV-00972-BAM
                                         1:13-CV-00973-BAM
18                                       1:13-CV-00989-BAM
                                         1:13-CV-01001-BAM
19                                       1:13-CV-01003-BAM
                                         1:13-CV-01004-BAM
20                                       1:13-CV-01006-BAM
                                         1:13-CV-01007-BAM
21                                       1:13-CV-01009-BAM

22                                       **STIPULATION AND ORDER
                                         CONTINUING TELEPHONIC STATUS**
23                                       **CONFERENCES**

24                                       Judge:    Hon. Barbara A. McAuliffe
                                         Date:     December 10, 2014
25                                       Time:     9:00 a.m.
                                         Crtrm.:   8
26

27

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA202650-1                                          Case No. 1:13-CV-00774-BAM

STIPULATION AND ORDER CONTINUING TELEPHONIC STATUS CONFERENCES

1    THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

2    That due to a scheduling conflict involving Plaintiffs' counsel, the Telephonic Status

3 Conferences set in the above-captioned matters on December 10, 2014 at 9:00 a.m. in Courtroom

4 8 be continued to December 17, 2014 at 9:00 a.m. in Courtroom 8 before Magistrate Judge

5 Barbara A. McAuliffe.

6

7 DATED: December 8, 2014                   Respectfully submitted,

8                                           CARROLL, BURDICK & McDONOUGH LLP
                                            Attorneys at Law
9

10

11                                          By: _____
                                                /s/ James W. Henderson, Jr.
12                                              James W. Henderson, Jr.
                                                Attorneys for Plaintiffs
13

14 DATED: December 8, 2014                  Respectfully submitted,

15                                          MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                            CARRUTH LLP
16

17

18                                          By: _____
                                                /s/ Michael G. Woods
19                                              Michael G. Woods
                                                Attorneys for Defendant
20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA202650-1                              -2-                     Case No. 1:13-CV-00774-BAM

STIPULATION AND ORDER CONTINUING TELEPHONIC STATUS CONFERENCES

## **ORDER**

Based on the Stipulation of the parties, IT IS ORDERED that the Telephonic Status Conferences in the above-captioned matters be continued to December 17, 2014 at 9:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.  Plaintiffs' counsel shall make arrangements with AT&T (1-800-232-1234) operator and have one conference call, with ALL counsel on the line, (if counsel does not have conference call capabilities on their telephone systems), and shall initiate the call at the designated time.  After all parties are on the line, the call should then be placed to Judge McAuliffe's chambers at (559) 499-5789.

IT IS SO ORDERED.

Dated:   **December 9, 2014**          _/s/ Barbara A. McAuliffe_
                            UNITED STATES MAGISTRATE JUDGE