McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael G. Woods, #58683
Christina C. Tillman, #258627
7647 N Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| TIM RIVERA, | Case No. 1:13-CV-01004 BAM |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION** |
| v. | |
| COUNTY OF FRESNO, | |
| Defendant. | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER
APPROVING SETTLEMENT AND DISMISSING ACTION

1  IT IS HEREBY STIPULATED by and between Plaintiff TIM RIVERA and Defendant
2  COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that
3  Plaintiff TIM RIVERA waives all rights of appeal in connection with this action and that all parties
4  shall bear their own costs and attorney's fees.

Dated: September 22, 2016                    McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP


                                             By: _____/s/ Christina C. Tillman_____
                                                      Michael G. Woods
                                                      Christina C. Tillman
                                             Attorneys for Defendant COUNTY OF FRESNO


Dated: September 30, 2016                    MESSING, ADAM & JASMINE, LLP


                                             By: _____/s/ James W. Henderson, Jr._____
                                                      James W. Henderson, Jr.
                                                      Attorneys for Plaintiff
                                                      TIM RIVERA

---

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

**ORDER**

Based on the Stipulation of the parties hereto, the Declaration of James W. Henderson, Jr. Esq. in Support of Settlement, the Court's review of the Settlement Agreement, the Court's knowledge of the case and good cause appearing therefor,

The Court hereby approves the settlement between the Defendant and the Plaintiff and IT IS ORDERED that the Complaint of Plaintiff TIM RIVERA is dismissed with prejudice and that Plaintiff TIM RIVERA has waived any right of appeal in connection with this matter. The respective parties shall each bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **November 1, 2016**              /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION